S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Email: greens2@nv.ccsd.net
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| J.H., a minor, by and through his natural Parent and Guardian Ad Litem, ANDREA ESQUIVEL,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK SIROKY, individually; CLARK COUNTY SCHOOL DISTRICT,<br><br>Defendants. | Case No. 2:18-cv-02151-JAD-GWF<br><br>**[PROPOSED] ORDER DENYING EMERGENCY MOTION TO EXTEND DISCOVERY DEADLINE** |

Plaintiff's Emergency Motion to Extend Discovery (Docket #12) having come before the Court for hearing on January 11, 2019, and the Court having considered the arguments of counsel and Defendant's response (Docket #14), denies the motion without prejudice; therefore, the discovery deadline of October 25, 2018, established in the state court proceedings before removal will not be amended at this time. Plaintiff may have up to February 25, 2019 (45 days from January 11, 2019) to conduct the Rule 30(b)(6) deposition subject to the Court's ruling on Defendant's Motion for Protective Order (Docket #10) also heard by the Court on January 11, 2019. Following completion of the Rule 30(b)(6) deposition, Plaintiff may renew the motion to extend discovery for purposes of the Section 1983 claim plead in the Second Amended Complaint, following good-faith meet and confer communications required by LR 26-7, should

1

Plaintiff's counsel believe cause warrants renewing such motion. The deadline for a renewed motion to extend discovery will be 14 days after completion of the Rule 30(b)(6) deposition.

Subject to further order of the Court, the dispositive motion deadline is set for March 27, 2019 (30 days after February 25, 2019).

The pre-trial order deadline is set for March 27, 2019; however, if dispositive motions are filed, the deadline for filing the proposed joint pre-trial order will be suspended until 30 days after decision on the dispositive motions or further order of the court.

Dated: 01-18-2019

*George Foley Jr.*
U.S. MAGISTRATE JUDGE

Submitted by:

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By:/s/ S. Scott Greenberg
   S. Scott Greenberg, Esq.
   Nevada Bar No. 4622
   5100 W. Sahara Avenue
   Las Vegas, NV 89146
   *Attorney for Defendants*