UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| J.H., A MINOR BY AND THROUGH HIS NATURAL PARENT AND GUARDIAN AD LITEM, ANDREA ESQUIVEL,<br><br>Plaintiff,<br>v.<br>PATRICK SIROKY, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-02151-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendants' Motion to File Under Seal (ECF No. 26), filed March 1, 2019. Upon review and consideration and with good cause appearing therefor the Court grants Defendants request. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to File Under Seal (ECF No. 26) is **granted**.

Dated this 4th day of March, 2019.

GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1