CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorney for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| J.H., a minor, by and through his natural Parent and Guardian Ad Litem, ANDREA ESQUIVEL,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK SIROKY, individually; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada, Clark County; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02151-JAD-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 25, 39 |

COME NOW the parties, by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that none of the parties are a prevailing party in this action and none will seek any

. . .

. . .

. . .

. . .

. . .

. . .

attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal.

DATED this 4th day of June, 2019.

```
CLARK COUNTY SCHOOL DISTRICT
Office of the General Counsel          GLEN LERNER INJURY ATTORNEYS


By:   /s/ S. Scott Greenberg           By:   /s/ Joshua L. Benson
      S. SCOTT GREENBERG                     JOSHUA BENSON
      NV Bar No. 4622                        NV Bar No. 10514
      5100 W. Sahara Ave.                    4795 S. Durango Dr.
      Las Vegas, NV 89146                    Las Vegas, NV 89147
      Attorneys for Defendants               Attorney for Plaintiffs
```

**ORDER**

Based on the parties' stipulation **[ECF No. 39]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 25]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 4, 2019